**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| DIANA YVETTE MORALES-DIAZ,<br><br>     Plaintiff,<br><br>          v.<br><br>VICTOR RIVERA, ET AL.,<br><br>     Defendants. | CIV. NO. 05-1973 (PG) |

### ORDER

Before the Court are defendants Motion to Dismiss (Docket No. 15) and plaintiff's opposition and request to amend the complaint (Docket No. 25.)

Having carefully reviewed the record, and the applicable case law, the Court hereby **denies** defendants' motion to dismiss and **grants** plaintiff's request to file the amended complaint.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, December 12, 2006.

                                        S/JUAN M. PEREZ-GIMENEZ
                                        U. S. DISTRICT JUDGE